UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00295-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MAGGIE ELIZABETH SANDERS;** | ) | |
| **AND JAMIE NICOLE MCDANIEL,** | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss Indictment.

Having considered the motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Indictment (#63) is GRANTED, and the charges against **MAGGIE ELIZABETH SANDERS** and **JAMIE NICOLE MCDANIEL** in this action are **DISMISSED** without prejudice.

Signed: March 22, 2017

Max O. Cogburn Jr.
United States District Judge